**KEANE & BEANE** P.C.
ATTORNEYS AT LAW

◼ **Westchester**
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

◼ **Long Island**
534 Broadhollow Road
Suite 460
Melville, NY 11747
Phone 631.776.5910

◼ **Mid-Hudson**
200 Westage Business Center
Suite 120
Fishkill, NY 12524
Phone 845.896.0120

◼ **New York City**
60 East 42nd Street
Suite 810
New York, NY 10165
Phone 646.794.5747

October 14, 2025

VIA ECF

SUSAN E. FINE
Senior Associate
sfine@kblaw.com

Hon. Joan M. Azrack
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *F.K. and P.K., et al. v. Levittown Union Free School District*
    Civil Action No. 2:25-cv-01495-JMA-AYS

Dear Judge Azrack:

This office now represents the Defendant, the Levittown Union Free School District, in the above-reference matter.

In accordance with Your Honor's Individual Rules of Practice, the attorneys for the Plaintiffs and the attorneys for the Defendant (collectively, the "Attorneys of Record") respectfully submit this Initial Joint Letter.

This afternoon, the parties met with Magistrate Judge Shields for a status conference. Judge Shields indicated that Your Honor must issue any orders related to the scheduling of dispositive motions, as proposed below.

The Attorneys of Record submit the following information:

1. The name of the case is *F.K. and P.K., et al. v. Levittown Union Free School District*.

2. The basis for federal jurisdiction is that the complaint pertains to a matter of federal law, namely, the Individuals with Disabilities in Education Act (IDEA), 20 U.S.C. §1400, *et seq*.

3. The Defendant in this matter has been served and answered the Complaint on April 27, 2025.

4. The parties seek *de novo* review of a determination of the State Review Officer (SRO) of the New York State Education Department. Motions seeking review of SRO decisions are sometimes labeled "summary judgment" motions; however, as Your Honor is aware, these motions are actually motions for judgment on the administrative record.

**KEANE & BEANE** P.C.
ATTORNEYS AT LAW

Hon. Anne Y. Shields, USMJ
October 8, 2025
Page 2

5. As such, both parties propose to cross-move for Judgment on the Administrative Record. The parties also request to be excused from providing Rule 56.1 statements, which increase the cost to both sides and serve no clear function in IDEA appeals.

6. There will be no other counterclaims or cross-claims to be filed.

7. Parties Positions on the Merits:

   a. Plaintiffs assert that the SRO erred as a matter of law and fact in reversing the Impartial Hearing Officer's (IHO's) determination that the Defendant failed to offer a free and appropriate public education (FAPE) to the subject student for the 2021-2022 and 2022-2023 school years, and also erroneously reversed the IHO's order that Defendant reimburse Parents for tuition to a private school for the 2022-2023 school year.

   b. Defendant submits that its Committee on Special Education did recommend a FAPE for the two years in question, and that the SRO's decision in its favor is entitled to due deference by this Court.

8. There is no requirement to submit a HIPPA compliant authorization in this matter.

9. The Parties propose the following briefing schedule for their cross motions:

   a. **December 15, 2025** - Parties to submit their respective Motions for Judgment on the Administrative Record and Memoranda of Law. **Parties request permission to file opening briefs of up to 30 pages.**

   b. **January 16, 2025** – Parties to submit response briefs to respective motions. Parties request permission to file response briefs of up to 30 pages.

   c. **January 30, 2025** – Parties to submit reply briefs. Parties will submit bundled filings of their completed papers, per Your Honor's individual practices.



Hon. Anne Y. Shields, USMJ
October 8, 2025
Page 3

10. The parties propose **December 2, 2025** as the date for submission of a joint status letter and date for a telephone status conference with the Court. But we are available for an earlier conference should Your Honor require one.

11. The parties have not consented to referral of the determination of the merits to Magistrate Judge Shields.

Very truly yours,

| | |
|---|---|
| Susan E. Fine | Benjamin J. Hinerfeld |
| Attorney for Defendant | Richard F. Corrao, Jr. |
| | *Co-Counsel for Plaintiffs* |

SEF/
Enclosure
cc:     All Counsel of Record via ECF