**UNITED STATES DISTRICT COURT**　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS　　　　　　　　　DATE: 10/14/25
U.S. MAGISTRATE JUDGE　　　　　　　　　　 TIME: 1:30 PM
　　　　　　　　　　　　　　　　　　　　　　　FTR: 1:35-1:36 PM

CASE: **CV 25-1495(JMA)(AYS)** F.K. et al v. Levittown Union Free School District

TYPE OF CONFERENCE: INITIAL

APPEARANCES: Plaintiff: Benjamin Hinerfeld
　　　　　　　　　　　　　 Richard Corrao

　　　　　　　　 Defendant: Susan Fine

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.