**KEANE&BEANE** P.C.
ATTORNEYS AT LAW

■ **Westchester**
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

■ **Long Island**
534 Broadhollow Road
Suite 460
Melville, NY 11747
Phone 631.776.5910

■ **Mid-Hudson**
200 Westage Business Center
Suite 120
Fishkill, NY 12524
Phone 845.896.0120

■ **New York City**
60 East 42nd Street
Suite 810
New York, NY 10165
Phone 646.794.5747

December 2, 2025

VIA ECF

SUSAN E. FINE
Senior Associate
sfine@kblaw.com

Hon. Joan M. Azrack, USDJ
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *F.K. and P.K., et al. v. Levittown Union Free School District*
      Civil Action No. 2:25-cv-01495-JMA-AYS

Dear Judge Azrack:

This office represents the Defendant, the Levittown Union Free School District, in the above-reference matter.  In accordance with the Scheduling Order, the parties are required to submit a letter setting forth the status of the proceeding.

Both parties anticipate that they will exchange their respective Motions for Judgment on the Administrative Record by the scheduled date of **December 15, 2025.**  It is further anticipated that the dates ordered for exchange of Response and Reply Briefs will be met by the parties.  Accordingly, the parties will upload all pleadings to Your Honor on January 30, 2026 in a bundled filing.

Should you need any further information, we are prepared to provide same to the Court.

Respectfully submitted,

Susan E. Fine
Attorney for Defendant

Benjamin J. Hinerfeld
Richard F. Corrao, Jr.
*Co-Counsel for Plaintiffs*

cc:      All Counsel of Record via ECF

WWW.KBLAW.COM