**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**F.K. and P.K.,** individually, and on behalf of their child, **A.K.**, a minor,

Plaintiffs,

-against-

**Levittown Union Free School District,**
Defendant.

---------------------------------------------------------------X

**Case No. 2:25-cv-1495-JMA-AYS**

Individuals with Disabilities Education Act; N.Y. Educ. Law §4401 *et seq*.

**NOTICE OF MOTION FOR**
**JUDGMENT ON THE ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE, that on the Declaration of Benjamin J. Hinerfeld, dated December 16, 2025, the accompanying Memorandum of Law, and upon the Certified Administrative Record before the State Review Officer, the undersigned will move this Court before the Honorable Joan M. Azrack, United States District Judge, at the United States Courthouse located at 100 Federal Plaza Central Islip, NY 11722, Courtroom 920, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure for judgment on the administrative record, in favor of Plaintiffs F.K. and P.K., individually and on behalf of A.K. a minor, reversing and vacating the November 20, 2024 decision of the State Review Officer (SRO) No. 24-381, *in the matter of the Application of the Board of Education of the Levittown Union Free School District.*

Plaintiffs ask the Court for the following relief:

- A finding that that the SRO erred when it reversed the IHO's Findings of Fact and Decision.
- A finding vacating the SRO's decision and reinstating the IHO's decision.
- A finding that Parents are prevailing parties under the IDEA.

- An award to Parents of reasonable attorneys' fees, costs and expenses.
- An award to Parents pre- and post-judgment interest.
- An award for any other relief this Court deems appropriate.

Dated: December 16, 2025

Respectfully submitted,

Richard F. Corrao
**Law Office of Susan J. Deedy & Associates**
1600 Stewart Avenue, Suite 609
Westbury, New York 11590
(516) 221-8133
Rcorrao@Susandeedylaw.com

Benjamin J. Hinerfeld
**Law Office of Benjamin J. Hinerfeld**
9 Stoddard Street
Plymouth, MA 02360
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
447 Broadway 2nd Floor
New York, NY 10013
(508) 591-0385
Ben@hinerfeldlaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**F.K. and P.K.,** individually, and on behalf of their child, **A.K.**, a minor,

Plaintiffs,

-against-

**Levittown Union Free School District,**
Defendant.

---------------------------------------------------------------X

**Case No. 2:25-cv-1495-JMA-AYS**

Individuals with Disabilities Education Act; N.Y. Educ. Law §4401 *et seq*.

## CERTIFICATE OF SERVICE

I, Benjamin J. Hinerfeld, certify that on December 16, 2025, served *via electronic mail* the above Notice of Motion for Judgment on the Administrative Record, along with a supporting Memorandum of Law, and a Declaration by the undersigned in support of the instant motion on Stephanie M. Roebuck, Esq. and Susan E. Fine, Esq., counsel for Defendant, Levittown Union Free School District.

Dated: December 16, 2025
Plymouth, Massachusetts

/s/ Benjamin J. Hinerfeld
Benjamin J. Hinerfeld
**LAW OFFICE OF BENJAMIN J. HINERFELD**
Attorneys for Plaintiffs
9 Stoddard Street
Plymouth, MA 02360
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
447 Broadway 2nd Floor
New York, NY 10013
Office (508) 591-0385
Cell (215) 694-7432
Fax (215) 689-2423
Ben@hinerfeldlaw.com