**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---X

**F.K. and P.K.,** individually, and on behalf of their child, **A.K.**, a minor,

Plaintiffs,

-against-

**Levittown Union Free School District,**
Defendant.

---X

**Case No. 2:25-cv-1495-JMA-AYS**

Individuals with Disabilities Education Act; N.Y. Educ. Law §4401 *et seq*.

**Declaration of Benjamin J. Hinerfeld in Support of**
**Plaintiffs' Motion for Judgment on the Administrative Record**

1. I am the Owner and Principal of the Law Office of Benjamin J. Hinerfeld.
2. I serve as co-counsel with Richard F. Corrao, Esq., of the Law Office of Susan J. Deedy and Associates, for Plaintiffs, F.K. and P.K., individually, and on behalf of A.K., a minor. along
3. I make this Declaration in support of Plaintiffs' Motion for Judgment on the Administrative Record, supporting the claims asserted in Plaintiffs' March 18, 2025 Complaint. ECF 1.
4. Plaintiffs' Motion for Judgment on the Administrative Record is based on the Certified Administrative Record before the State Review Officer (SRO) in Appeal No. 24-381 entitled *in the matter of the Application of the Board of Education of the Levittown Union Free School District*.
5. I affirm that the foregoing statements are true. I am aware that if they are willfully false, I am subject to punishment.

Dated: December 16, 2025
Plymouth, Massachusetts

/s/ Benjamin J. Hinerfeld
Benjamin J. Hinerfeld
**LAW OFFICE OF BENJAMIN J. HINERFELD**
Attorneys for Plaintiffs
9 Stoddard Street
Plymouth, MA 02360
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
447 Broadway 2nd Floor
New York, NY 10013
Office (508) 591-0385
Cell (215) 694-7432
Fax (215) 689-2423
Ben@hinerfeldlaw.com