## LAW OFFICES OF SUSAN J. DEEDY & ASSOCIATES

*1600 Stewart Avenue, Suite 609*
*Westbury, New York 11590*
*www.susandeedylaw.com*
*Ph: (516) 221-8133*



**Susan J. Deedy, Esq., Chief Counsel**                **Nicole D. Venditti, Esq., Counsel**
**Richard F. Corrao, Jr., Esq., Senior Counsel**      **Gabriella DeRosa, Esq., Associate Attorney**

February 13, 2026

*VIA ELECTRONIC CASE FILING*
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722
Courtroom 920

Re: *FK. and PK., et al. v. Levittown Union Free School District*, Civil Action No. 2:25-cv-01495-JMA-AYS

Dear Judge Azrack:

I serve as co-counsel in this appeal with Benjamin J. Hinerfeld, Esq., representing the Plaintiffs in the above-mentioned matter. The following documents have been served via email per Your Honor's Scheduling Order of January 15, 2026 and will be electronically filed this afternoon:

1. Notice of Motion dated December 16, 2025;
2. Declaration of Benjamin J. Hinerfeld dated December 16, 2025;
3. Memorandum of Law in Support of Plaintiffs' Motion for Judgment on the Administrative Record dated December 16, 2025;
4. Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Judgment on the Administrative Record dated February 13, 2026; and
5. Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Administrative Record dated January 30, 2026.

A courtesy copy will be sent to Chambers via FedEx. We thank you for your consideration.

Respectfully submitted,

Richard F. Corrao

Cc: All counsel via ECF