UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

**F.K. and P.K.,** individually, and on behalf of their child, **A.K.**, a minor,

Plaintiffs,

-against-

**Levittown Union Free School District,** Defendant.

Defendant.

---------------------------------------------------------- X

**Case No. 2:25-cv-1495-JMA-AYS**
(JMA)(AYS)

**NOTICE OF MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

**PLEASE TAKE NOTICE,** that upon the Declaration of Susan E. Fine, Esq., dated December 16, 2025, the accompanying memorandum of law and upon all the papers and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Joan M. Azrack, United States District Judge, at the United States District Courthouse located at 100 Federal Plaza, Central Islip, New York, on a date to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant LEVITTOWN UNION FREE SCHOOL DISTRICT judgment on the administrative record upholding the November 20, 2024 decision of the State Review Officer (SRO) No. 24-381, *in the matter of the Application of the Board of Education of the Levittown Union Free School District.*

**PLEASE TAKE FURTHER NOTICE** that opposition papers or cross motions, if any, are to be served upon Defendant in the manner set forth in the Court's October 14, 2025 scheduling order.

Dated: White Plains, New York
December 16, 2025

Respectfully submitted,

KEANE & BEANE P.C.
Attorneys for Defendant
LEVITTOWN UNION FREE SCHOOL DISTRICT

By: /s/
Susan E. Fine
445 Hamilton Avenue, Suite 1500
White Plains, New York
(914) 946-4777
sfine@kblaw.com

TO: Richard F. Corrao
**Law Office of Susan J. Deedy & Associates**
1600 Stewart Avenue, Suite 609
Westbury, New York 11590
(516) 221-8133
Rcorrao@Susandeedylaw.com

Benjamin J. Hinerfeld
**Law Office of Benjamin J. Hinerfeld**
9 Stoddard Street
Plymouth, MA 02360
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
447 Broadway 2nd Floor
New York, NY 10013
(508) 591-0385
Ben@hinerfeldlaw.com