UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X

F.K. and P.K., individually, and on behalf of their Child, A.K., a minor,

Plaintiffs,

-against-

LEVITTOWN UNION FREE SCHOOL DISTRICT,

Defendant.
--------------------------------------------------------------------- X

Civil Action No. 2:25-cv-01495

DECLARATION OF SUSAN E. FINE

**SUSAN E. FINE,** being duly sworn, hereby deposes and says under penalty of perjury, that the following is true and accurate pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the Bar of the State of New York, and I am admitted to practice before this Court. I am an attorney at Keane & Beane, P.C., attorneys for the Defendant, the Levittown Union Free School District. I respectfully submit this Declaration in support of Defendant's response to Plaintiff's motion for summary judgment pursuant to Fed. R. Civ. Proc. 56.
2. I am familiar with this matter from reviewing the files and the administrative record, as well as the decision of the Impartial Hearing Officer, Gary Peters, and the decision of the State Review Officer.
3. As discussed more fully in the accompanying Memorandum of Law, Defendant asserts that the Plaintiffs' motion for summary judgment should be denied in all respects, the decision of the State Review Officer below should be affirmed, the Complaint should be dismissed with prejudice and the District should be granted such other and further relief as the Court may seem just and proper.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Declaration is true and accurate.

Dated: White Plains, New York
December 16, 2025

**KEANE & BEANE, P.C.**

By: Susan E. Fine

Susan E. Fine
Attorneys for Defendant
445 Hamilton Avenue, 15th Floor
White Plains, New York 10601
(914) 946-4777