## LAW OFFICES OF

### *Susan J Deedy*

### & ASSOCIATES

| | |
|---|---|
| **Susan J. Deedy, Esq., Founder, Managing Partner** | **Gabriella DeRosa, Esq., Associate Attorney** |
| **Richard F. Corrao, Jr., Esq., Partner** | **Edward Perkins, Esq., Associate Attorney** |
| **Nicole Venditti, Esq., Counsel** | |

May 27, 2026

**VIA FEDEX**
Hon. Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 840 / Courtroom 840
Central Islip, New York 11722

Re: **F.K. and P.K., individually & O/B/O A.K. (a minor) v. Levittown UFSD District**; Case
**No. 2:25-cv-01495-JMA-AYS**

Dear Magistrate Judge Shields:

We respectfully submit the enclosed courtesy copies of the motion papers filed via ECF in the
above-referenced matter. Enclosed please find courtesy copies of the following:

1. Plaintiffs' Notice of Motion for Judgment on the Administrative Record;
2. Declaration of Benjamin J. Hinerfeld in Support of Plaintiffs' Motion for Judgment on the Administrative Record;
3. Memorandum of Law in Support of Plaintiffs' Motion for Judgment on the Administrative Record;
4. Defendant's Memorandum of Law in Response to Plaintiffs' Cross-Motion for Judgment on the Administrative Record;
5. Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Judgment on the Administrative Record; and
6. Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Administrative Record.

Respectfully submitted,

Richard F. Corrao. Esq.
Law Office of Susan J. Deedy & Associates
1600 Stewart Avenue, Suite 609
Westbury, New York 11590
(516) 221-8133
Rcorrao@susandeedylaw.com

cc: All counsel of record via ECF / email

---

*1600 Stewart Avenue, Suite 609, Westbury, New York 11590 | (516) 221-8133 | www.susandeedylaw.com*

